AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Sean Michael McHugh | ) Case: 1:21-mj-00436<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 5/19/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Sean Michael McHugh _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Physical Violence on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) and (b) - Assault Law Enforcement Officer with a Deadly or Dangerous Weapon;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date:     05/24/2021

Digitally signed by
G. Michael Harvey
Date: 2021.05.24
11:11:41 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/24/2021 , and the person was arrested on *(date)* 5/27/2021<br>at *(city and state)* AUBURN, CA . |
| Date: 5/27/2021                                      *Arresting officer's signature*<br><br>SA RYAN PENNA, FBI<br>*Printed name and title* |