UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.        ) | No. 21-MJ-436 (GMH) |
| ) | |
| **SEAN MICHAEL MCHUGH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Maria Jacob on behalf of the defendant, Sean McHugh, in the above captioned matter.

    Respectfully submitted,

    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

      /s/
    _____
    Maria N. Jacob
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C.  20004
    (202) 208-7500
    Maria_Jacob@fd.org