UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 21-mj-436 |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant.  ) | |

### ORDER

Upon consideration of the Unopposed Motion for Stay of Transportation Order, it is this

_____day of\_\_\_\_\_, 2021

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that the United States Marshal Service be directed not to transport the defendant until resolution of his bond review before this Court.


Dated _____, day of_____, 2021.


_____
Honorable Beryl A. Howell
Chief United States District Judge