# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-mj-436 |
| | ) |
| SEAN MICHAEL MCHUGH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Unopposed Motion for Stay of Transportation Order, it is this __3rd__ day of _June_, 2021

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that the United States Marshal Service be directed not to transport the defendant until resolution of his bond review before this Court.

Dated __3rd__, day of __June__, 2021.

                                                  Honorable Beryl A. Howell
                                                Chief United States District Judge