# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-MJ-436-GMH |
| v. : | |
| : | |
| SEAN MICHAEL MCHUGH, : | |
| : | |
| Defendant. : | |

## ORDER

The Court, having considered the representations of the United States and defense counsel regarding the potential plea, complexity of the case, the voluminous discovery, the ends of justice, and the need for a reasonable time necessary for effective preparation taking into account the exercise of due diligence, as well as the stipulations by defense counsel, and for good cause appearing, it is hereby

ORDERED that an initial appearance in the District of Columbia and a Preliminary Hearing shall be scheduled for 1:00 p.m. on July 7, 2021 before Magistrate Judge G. Michael Harvey. The Court finds good cause to extend the time within which a Preliminary Hearing must be held. It is

FURTHER ORDERED that the time between June 7, 2021 (the date the instant Motion was filed) and July 7, 2021, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations, to review discovery matters, and to resolve Defendant's pending motion appealing his pretrial detention.

Zia M. Faruqui
United States Magistrate Judge