June 8, 2021

To Whom It May Concern:

I'm writing you this letter today on behalf of Mr. McHugh, I have known Mr. McHugh since 2012 and have been in a relationship with him for the last 5 years. Mr. McHugh and I have been living together for 3 years almost 4, and rent the bottom apartment of his father's two-story duplex. Mr. McHugh's father lives upstairs, and Sean, myself and my son live downstairs.

I have 3 children, two that are grown and out of the house, and one who is 12 and still lives at home. My older two are amazing, self-sufficient adults, and my 12-year old is a wonderful kid with a huge heart and has unconditional love for his close friends and family. Our home is cozy, clean and well maintained. We have no firearms in the home, there is no need for them. I like to have a mellow, peaceful home where I can raise my son in a loving environment.

 Back in 2012 I was convicted of a felony for fraud, something that I'm not proud of, and it became life changing for me. Never in my life had I ever been in trouble before, nor was it my intention to commit fraud. The moment I was charged changed my life. I knew that this charge would be with me for the rest of my life, and I would be looked down upon for it.  It was the scariest thing I'd ever been through; I never want to feel that way again.

The circumstances around my felony? My husband and I separated and he took everything from me, including my vehicle at the time. He left me in the home we had been renting. Him being the sole provider for us, packed his things in two days and left me in the home to be evicted. I, at the time was a stay at home mom and had been for the 3 years. I applied for aid as temporary relief to get me back on my feet while I looked for a job and moved to a new place. At the same time, I had all three of my kid's dads fighting me for custody of them. With everything going on in my life at the time; divorce court, child custody court, moving and looking for a job. Some things fell through the cracks at that point, and I didn't report money received to welfare. Therefor I was charged with felony fraud.

Since then I have worked very hard to be a productive member of society, which has led me where I am today. Even while serving my sentence of an ankle monitor, I secured a job working retail knowing that I would never again find myself in a dishonest position in life. After 4 years of retail, I was offered a job as a customer experience assistant/receptionist. I did that for about 8 months then was promoted to Accounting Manager, from there it took me about a year to become the HR Manager / Office Manager, and I couldn't be prouder of myself. It took a lot of hard work to get where I am, but I wouldn't change a thing because it's made me who I am today. I have a job I never thought I would, because of my record. I started out working retail for a few years hoping and praying I would get back into an office job. Goals are obtainable when you work hard and don't lose sight of what you want.  I always tell Sean "if you want it bad enough nothing is un-obtainable, anything is possible. You have to work for it and start from the bottom to make it to the top."

I have always been supportive of Sean reaching his goals. After Sean's DUI arrest in 2018 I encouraged him to go to AA meetings every day, and sometimes twice to three times a day if needed. I would give him rides to class and even offered to sit in with him as support, because I, myself do not drink (I don't see the point). I also made sure that he was following through with everything that was required of him. I was proud of him when he earned his first chip and those thereafter. After about a year into his DUI class, he met a group of

young people, who along with him decided to start a "young people in recovery group", and hold fund raisers and other events to bring awareness to young adults struggling with Alcohol. They called it "PlayPAA". It was a group of young adults who were struggling with alcohol abuse, getting together to have fun while in a sober setting. They would go bowling, have ice cream socials, game nights, and even did a carnival. It was a safe place to have fun with their sobriety and get the support they needed when battling their addictions. Sean enjoyed being apart of this group and inspired others to join. I will continue to support him in his recovery. Going to AA classes, sober group events and maintaining a job will keep him on a better path.

    In 2019 Sean started talking about getting his contractors license and starting his own business. I was helping him study and always encouraged him to go after what he wanted, what he *needed*. He completed all of the forms, applications and the overall necessary steps to getting his Contractors license. The only thing he was waiting for was the test date. I was so proud that he came this far already. At this time, he also completed all but one of his DUI classes. If he completes that last class, his drivers license would be reinstated, and he'd be one step closer to achieving his career goals.

    When Sean decided to go to DC, I told him not to go as I felt he was way too emotionally involved in politics as it was. It consumed his life. He would talk to his mom and friends about everything that was going on in the country at the time, as they had the same political views. He tried to talk to me about politics, and I would shut him down as I had no interest in getting involved or emotionally worked up over something that you ultimately can't change. I believe that with his mother and friends in his ear, and the emotionally heightened political views, DC was a bad idea. He had other things to worry about. His Contractors license, working, his DUI classes, spending time with his son and everything that he was striving for in leading a successful and happy life. I was upset that he chose not to listen and go against my advice. I feel like his mother was more of an influencer on him than I was, at that time in our relationship. Her and I seem to butt heads when it comes to Sean's well-being. She sees me as a bossy and controlling girlfriend. All I want is to keep him on the right path, motivated for the right things, and see him achieve all of his goals. I know he can do it with the right support and influence. I don't believe that his mother has his best interest at heart, and feeds into the wrong emotions when it comes to supporting her son. I hold him accountable for his behavior and actions, good or bad.

    If Mr. McHugh were given the opportunity to be released, I will continue to be his support system. I will continue help him study to get his Contractors license and to complete his DUI classes. I will help keep him on the right path to reaching his personal and career goals and maintain sobriety, as I always have. I will make sure he attends all of his court appearances, meetings, and anything else that may be required upon his release.

    Respectfully,

    *Amy Hunt*

Dear: Honorable Chief Judge Howell

Re: Sean McHugh

I am writing this letter in reference to the character of Sean McHugh. I have known Mr. McHugh for 20 years and we share a 13 year old son together. In the past 3 years Mr. McHugh has made significant changes to his lifestyle and his participation in his son's life. Mr. McHugh has continued to have regular weekend visitations in which he provides for our son and participates in skateboarding and gymnastics activities. Our son and Mr. McHugh have after much time started bonding and building a strong relationship. If Mr. McHugh is not released, and is transferred to Washington D.C. it will put emotional strain on our son who is at a pivotal age and has enjoyed building a relationship with his father. Mr. McHugh has maintained a consistent working schedule and paying child support and paying towards his arrears. With all the changes in Mr. McHugh's recent past I know that his priorities have been maintaining stability for his son. I've known Sean McHugh through his past struggles and he has always accepted the consequences for his actions. I have no doubt Mr. McHugh, if given the opportunity for release, will abide by the courts restrictions and be present for all his court appearances. I appeal to the court to consider our sons emotional well-being in allowing Mr. McHugh to continue these court proceedings on a release of custody.

Amanda Donathan