# IN THE JUSTICE COURT OF RENO TOWNSHIP, COUNTY OF WASHOE, STATE OF NEVADA
EN EL TRIBUNAL DE JUSTICIA DEL MUNICIPIO DE RENO, CONDADO DE WASHOE, ESTADO DE NEVADA

**THE STATE OF NEVADA,**
EL ESTADO DE NEVADA,
　　　　**Plaintiff,**
　　　　Demandante,
vs.
Sean McHugh,
　　　　**Defendant.**
　　　　Acusado.

Case No. Citation　RCR2009-052921
Caso Nro. Citación

**ORDER TO ATTEND**
ORDEN PARA ASISTIR

**Address:** [REDACTED]

Nacimie[nto] [REDACTED]

**YOU ARE ORDERED to attend and complete the following:**
SE LE ORDENA asistir y completar lo siguiente:

| ☐/☒ | Due By / Terminar para | Date | Program |
|---|---|---|---|
| ☐ | Due By / Terminar para | | **To attend an Alcohol/Substance Abuse Counseling Program:** Please log onto the Nevada DMV Website for a list of DUI Schools that will be accepted by the court. http://www.dmvnv.com/dlschoolsdui.htm **PLEASE SELECT A CHOICE** Asistir a un programa de Consejería contra la adicción a las bebidas alcohólicas y/o drogas: Por favor ingrese a la página web del DMV de Nevada para obtener una lista de las escuelas de DUI que son aceptadas por el tribunal http://www.dmvnv.com/dlschoolsdui.htm **PLEASE SELECT A CHOICE** |
| ☐ | Due By / Terminar para | | **Victim Impact Panel** (YOU MUST ATTEND LIVE AND IN PERSON, ON-LINE COURSE WILL NOT BE ACCEPTED) Panel de Impacto a la víctima. (DEBE ASISTIR EN PERSONA A UN PANEL EN VIVO, NO SE ACEPTARAN CLASES OFRECIDAS POR INTERNET) |
| ☒ | Due By / Terminar para | 10-13-21 | **Domestic Violence Program Level I**　ACCS NV 775 3560371 Programa de prevención de la Violencia Doméstica PLEASE SELECT A CHOICE  02/14/21 |
| ☐ | Due By / Terminar para | | **Anger Counseling Program PLEASE SELECT A CHOICE** Programa de consejería para el Control de la Ira PLEASE SELECT A CHOICE |
| ☐ | Due By / Terminar para | | **Self Help Meetings (A.A./N.A. Meetings):** Juntas de auto-ayuda (Juntas de Alcohólicos Anónimos/ Narcóticos Anónimos): |
| ☐ | Due By / Terminar para | | **PLEASE SELECT A CHOICE:** **PLEASE SELECT A CHOICE:** |
| ☐ | Due By / Terminar para | | Alternative Sentencing Division; Phone Number (775) 221-8400, Address: 1530 E. 6th Street, Reno. **Report for Probation no later than 8:30 A.M. the next business day; Hours Mon.-Thurs. 9:00 AM – 3:00 P.M; Fridays 9:00 A.M. to 12:00 P.M.** Departamento de Condenas Alternativas (DAS); número de teléfono (775) 221-8400, Dirección: 1530 E. 6th Street, Reno. **Repórtese para a más tardar a las 8:30 A.M. del siguiente día hábil; Horario: Lunes a Jueves de 9:00 AM a 3:00 P.M; Viernes de 9:00 A.M. a 12:00 P.M.** |

| ☐ | Due By<br>Terminar para | | To appear for Courts Counseling Compliance Program (CCP) on:<br>Comparecer al Programa de Cumplimiento de Consejería (CCP) el : |
|---|---|---|---|
| ☐ | Due By<br>Pagar a más tardar el | | **Public Defender Reimbursement of**  Contact Washoe County Collection Division, (775) 328-2652, 1001 E. 9th Street Bldg. D Room 200, Reno, NV 89512<br>Reembolso por servicios de Defensor Público de  Contacte al Departamento de Recaudación del Condado de Washoe, (775)328-2652, 1001 E. 9th Street Bldg. D Room 200, Reno, NV 89512. |
| ☐ | Due By<br>Terminar para | | Other:<br>Otro: |
| ☐ | Due By<br>Terminar para | | **Evaluation**<br>Evaluación |
| ☐ | Due By<br>Terminar para | | **To attend JOIN and complete a training program**<br>Asistir a JOIN y completar un programa de capacitación. |
| ☐ | Due By<br>Terminar para | | **Parenting Class**<br>Clases de crianza para los padres. |
| ☐ | Due By<br>Pagar a más tardar el | | **Restitution of , due by .**<br>Resarcimiento de , para el .<br><br>**Restitution to be paid to the Victim through the Reno Justice Court.**<br>El resarcimiento será pagado a la víctima a través del Tribunal de Justicia de Reno. |

**YOU ARE RESPONSIBLE FOR PROVIDING THE COURT WITH YOUR CURRENT ADDRESS WITHIN 10 DAYS OF ANY CHANGE.**
USTED ES RESPONSABLE DE PROVEER AL TRIBUNAL SU DIRECCIÓN ACTUAL DENTRO DE UN PLAZO DE DIEZ DÍAS A PARTIR DE CUALQUIER CAMBIO.

**YOU ARE FURTHER ORDERED** to enroll within 10 days and appear alcohol free.
**SE LE ORDENA ADEMÁS** inscribirse en un plazo de 10 días y comparecer sobrio.

Upon successful completion, **you** are responsible for producing a **completion certificate** to the court on or before the due date. Failure to comply with any requirement of your counseling program(s) may result in the issuance of a bench warrant for your arrest (A $25.00 late fee will be assessed to each program(s) not completed on the due date).
Al término exitoso, **usted** es responsable de presentar un **certificado de finalización** al tribunal antes de la fecha límite. El incumplimiento con cualquier requisito de su programa(s) de consejería puede resultar en la emisión de una Orden de arresto. (Se aplicará un recargo de $25.00 por cada programa(s) que no sea(n) terminado para la fecha límite).

DATE: 2/10/2021
FECHA

        __DEREK DREILING__
        Justice Of The Peace (Juez de Paz)
        Department # 1
        Departamento #

I have read, understood and received a copy of the above Order.
Yo he leído, entendido y recibido una copia de la Orden.

Date: 02/19/21
Fecha: _____

        DEFENDANT'S SIGNATURE
        FIRMA DEL ACUSADO

**RENO JUSTICE COURT**
**One South Sierra Street**
**Reno NV 89501**
**(775) 325-6500**

# American Comprehensive Counseling Services

## Domestic Violence

Level I- Consists of 26 weekly sessions (90 mins.)
Level II- Consists of 52 weekly sessions (90 mins.)

## Anger Management

Level I- Consists of 12 weekly sessions (90 mins.)
Level II- Consists of 26 weekly sessions (90 mins.)

Level III- Consists of 52 weekly sessions (90 mins.)

- ➢ Enrollment fee $30
- ➢ Group fee $30

Attendance/Absences

- (AM) Level I- 2 absences permitted, 3rd absence defaults program

- (AM) Level II- 4 absences permitted, 5th absence defaults program

- (AM) Level III- 1st 26 weeks- 4 absences permitted, 2nd 26 weeks- 4 absences permitted, 5th defaults program

- (DV) Level I- 4 absences permitted, 5th absence defaults program

- (DV) Level II- 1st 26 weeks- 4 absences permitted, 2nd 26 weeks- 4 absences permitted, 5th defaults program

**ATTENTION**
Regardless of your program level if you miss 3 sessions in a row you will be defaulted from the program.

After defaulted from the program you will be required to provide proof of re-enrollment from the courts and/or be required an Individual meeting with ACCS's Director.

I have read and agree to the above guidelines.

Sign: _[signature]_          Date: 02/19/21