## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-mj-436 (GMH) |
| SEAN MICHAEL MCHUGH, | Chief Judge Beryl A. Howell |
| Defendant. | |

### TRANSPORT ORDER

Having granted the defendant's Motion for Review of Detention Order, ECF No. 15, and ordered that the defendant Sean Michael McHugh be detained pretrial, pursuant to 18 U.S.C. § 3142, it is hereby

**ORDERED** that the United States Marshals Service transport the defendant forthwith from the Eastern District of California to the District of Columbia for pretrial detention in this matter.

**SO ORDERED.**

DATE: June 25, 2021

_____
BERYL A. HOWELL
Chief Judge

1