UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 1:21-cr-00453-JDB |
| : | |
| SEAN MICHAEL MCHUGH, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated August 18, 2021, be made part of the record in the above-captioned case.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            ACTING UNITED STATES ATTORNEY

                                            _____
                                            JACOB J. STRAIN
                                            Utah Bar No. 12680
                                            Assistant United States Attorney
                                            U.S. Attorney's Office for the District of Columbia
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

---

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

August 18, 2021

Maria Jacob
Assistant Federal Public Defender
maria_jacob@fd.org

   RE: U.S. v. SEAN MICHAEL MCHUGH (1:21-cr-00453-JDB)

Dear Counsel,

  Pursuant to our discovery obligations, we have provided the following files via USAfx on August 18, 2021. Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date. The following files have all been designated as "Sensitive" pursuant to the terms of the Protective Order:

1.  089B-WF-3368293-59_AFO_0000001_1A0000001_0000002.png
2.  089B-WF-3368293-59_AFO_0000001_1A0000001_0000003.png
3.  089B-WF-3368293-59_AFO_0000001_1A0000001_0000004.png
4.  089B-WF-3368293-59_AFO_0000001_1A0000001_0000005.pdf
5.  089B-WF-3368293-59_AFO_0000001_Redacted.pdf
6.  089B-WF-3368293-59_AFO_0000002_Redacted.pdf
7.  089B-WF-3368293-59_AFO_0000003_1A0008229_0000001_Redacted.pdf
8.  089B-WF-3368293-59_AFO_0000003_Redacted.pdf
9.  089B-WF-3368293-59_AFO_0000004_1A0000103_0000001.png
10. 089B-WF-3368293-59_AFO_0000004_1A0000103_0000009.png
11. 089B-WF-3368293-59_AFO_0000004_Redacted.pdf
12. 089B-WF-3368293-59_AFO_0000005_Redacted.pdf
13. 089B-WF-3368293-59_AFO_0000006.pdf
14. 089B-WF-3368293-59_AFO_0000006_1A0000002_0000001_PHYSICAL.pdf
15. 089B-WF-3368293-59_AFO_0000007.pdf
16. 089B-WF-3368293-59_AFO_0000007_1A0000003_0000001_PHYSICAL.pdf

17. 089B-WF-3368293-59_AFO_0000008_1A0000004_0000001.docx
18. 089B-WF-3368293-59_AFO_0000008_Redacted.pdf
19. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000001.jpg
20. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000002.png
21. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000003.JPG
22. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000004.jpg
23. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000005_PHYSICAL.pdf
24. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000006.JPG
25. 089B-WF-3368293-59_AFO_0000009_1A0000005_0000007.JPG
26. 089B-WF-3368293-59_AFO_0000009_Redacted.pdf
27. 089B-WF-3368293-59_AFO_0000010_1A0000006_0000001_PHYSICAL.pdf
28. 089B-WF-3368293-59_AFO_0000010_Redacted.pdf
29. 089B-WF-3368293-59_AFO_0000011_1A0005885_0000001.PNG
30. 089B-WF-3368293-59_AFO_0000011_1A0005885_0000002.PNG
31. 089B-WF-3368293-59_AFO_0000011_1A0005885_0000004.JPG
32. 089B-WF-3368293-59_AFO_0000011_1A0005885_0000005.PNG
33. 089B-WF-3368293-59_AFO_0000011_Redacted.pdf
34. 089B-WF-3368293-59_AFO_0000012_Redacted.pdf
35. 089B-WF-3368293-59_AFO_0000013_1A0006180_0000001.JPG
36. 089B-WF-3368293-59_AFO_0000013_1A0006180_0000002.JPG
37. 089B-WF-3368293-59_AFO_0000013_1A0006180_0000003.jfif
38. 089B-WF-3368293-59_AFO_0000013_1A0006180_0000004_Redacted.pdf
39. 089B-WF-3368293-59_AFO_0000013_1A0006180_0000005.JPG
40. 089B-WF-3368293-59_AFO_0000013_Redacted.pdf
41. 089B-WF-3368293-59_AFO_0000014_1A0006298_0000001.JPG
42. 089B-WF-3368293-59_AFO_0000014_1A0006298_0000002.JPG
43. 089B-WF-3368293-59_AFO_0000014_1A0006298_0000003.JPG
44. 089B-WF-3368293-59_AFO_0000014_1A0006298_0000005.jfif
45. 089B-WF-3368293-59_AFO_0000014_Redacted.pdf
46. 089B-WF-3368293-59_AFO_0000015_Redacted.pdf
47. 089B-WF-3368293-59_AFO_0000016_1A0000078_0000001_PHYSICAL.pdf
48. 089B-WF-3368293-59_AFO_0000016_Redacted.pdf
49. 089B-WF-3368293-59_AFO_0000017_1A0000008_0000004.png
50. 089B-WF-3368293-59_AFO_0000017_1A0000008_0000008.docx
51. 089B-WF-3368293-59_AFO_0000017_1A0000008_0000011.png
52. 089B-WF-3368293-59_AFO_0000017_Redacted.pdf
53. 089B-WF-3368293-59_AFO_0000018_1A0000009_0000001.png
54. 089B-WF-3368293-59_AFO_0000018_1A0000009_0000003.jpg
55. 089B-WF-3368293-59_AFO_0000018_Redacted.pdf
56. 089B-WF-3368293-59_AFO_0000019_1A0000010_0000001.docx
57. 089B-WF-3368293-59_AFO_0000019_1A0000011_0000001_Redacted.pdf
58. 089B-WF-3368293-59_AFO_0000019_1A0000012_0000001.pdf
59. 089B-WF-3368293-59_AFO_0000019_1A0000013_0000001.pdf
60. 089B-WF-3368293-59_AFO_0000019_1A0000013_0000002.pdf
61. 089B-WF-3368293-59_AFO_0000019_Redacted.pdf
62. 089B-WF-3368293-59_AFO_0000020.pdf

63. 089B-WF-3368293-59_AFO_0000021.pdf
64. 089B-WF-3368293-59_AFO_0000022.pdf
65. 089B-WF-3368293-59_AFO_0000023_1A0000015_0000001.pdf
66. 089B-WF-3368293-59_AFO_0000023_1A0000015_0000002.jpg
67. 089B-WF-3368293-59_AFO_0000023_1A0000015_0000003.jpg
68. 089B-WF-3368293-59_AFO_0000023_1A0000015_0000004.jfif
69. 089B-WF-3368293-59_AFO_0000023_1A0000015_0000005.jfif
70. 089B-WF-3368293-59_AFO_0000023_1A0000015_0000006.pdf
71. 089B-WF-3368293-59_AFO_0000023_Redacted.pdf
72. 089B-WF-3368293-59_AFO_0000024_1A0000016_0000001_Redacted.pdf
73. 089B-WF-3368293-59_AFO_0000024_Redacted.pdf
74. 089B-WF-3368293-59_AFO_0000025.pdf
75. 089B-WF-3368293-59_AFO_0000025_1A0000017_0000001.pdf
76. 089B-WF-3368293-59_AFO_0000025_1A0000018_0000001.JPG
77. 089B-WF-3368293-59_AFO_0000026.pdf
78. 089B-WF-3368293-59_AFO_0000027.pdf
79. 089B-WF-3368293-59_AFO_0000028.pdf
80. 089B-WF-3368293-59_AFO_0000028_1A0000019_0000001.pdf
81. 089B-WF-3368293-59_AFO_0000029.pdf
82. 089B-WF-3368293-59_AFO_0000029_1A0000020_0000001.pdf
83. 089B-WF-3368293-59_AFO_0000029_1A0000020_0000002.pdf
84. 089B-WF-3368293-59_AFO_0000029_1A0000020_0000003.pdf
85. 089B-WF-3368293-59_AFO_0000030.pdf
86. 089B-WF-3368293-59_AFO_0000030_1A0000021_0000001.pdf
87. 089B-WF-3368293-59_AFO_0000031_1A0006017_0000001.PNG
88. 089B-WF-3368293-59_AFO_0000031_1A0006017_0000002.PNG
89. 089B-WF-3368293-59_AFO_0000031_Redacted.pdf
90. 089B-WF-3368293-59_AFO_0000032_1A0008204_0000001_Redacted.pdf
91. 089B-WF-3368293-59_AFO_0000032_Redacted.pdf
92. 089B-WF-3368293-59_AFO_0000033_1A0008676_0000001_Redacted.pdf
93. 089B-WF-3368293-59_AFO_0000033_Redacted.pdf
94. 089B-WF-3368293-59_AFO_0000034_1A0008319_0000001_Redacted.pdf
95. 089B-WF-3368293-59_AFO_0000034_Redacted.pdf
96. 089B-WF-3368293-59_AFO_0000035_Redacted.pdf
97. 089B-WF-3368293-59_AFO_0000036.pdf
98. 089B-WF-3368293-59_AFO_0000036_1A0000022_0000001.pdf
99. 089B-WF-3368293-59_AFO_0000037_1A0000023_0000001.pdf
100. 089B-WF-3368293-59_AFO_0000037_1A0000024_0000001_PHYSICAL.pdf
101. 089B-WF-3368293-59_AFO_0000037_Redacted.pdf
102. 089B-WF-3368293-59_AFO_0000038.pdf
103. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000001.JPG
104. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000002.JPG
105. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000003.JPG
106. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000004.JPG
107. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000005.JPG
108. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000006.JPG

109. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000007.JPG
110. 089B-WF-3368293-59_AFO_0000038_1A0000025_0000008.JPG
111. 089B-WF-3368293-59_AFO_0000039.pdf
112. 089B-WF-3368293-59_AFO_0000040.pdf
113. 089B-WF-3368293-59_AFO_0000040_1A0000026_0000001.pdf
114. 089B-WF-3368293-59_AFO_0000041.pdf
115. 089B-WF-3368293-59_AFO_0000041_1A0000127_0000001.pdf
116. 089B-WF-3368293-59_AFO_0000042.pdf
117. 089B-WF-3368293-59_AFO_0000043.pdf
118. 089B-WF-3368293-59_AFO_0000043_1A0000027_0000001.pdf
119. 089B-WF-3368293-59_AFO_0000043_1A0000028_0000001_PHYSICAL.pdf
120. 089B-WF-3368293-59_AFO_0000044.pdf
121. 089B-WF-3368293-59_AFO_0000044_1A0000029_0000001.msg
122. 089B-WF-3368293-59_AFO_0000045.pdf
123. 089B-WF-3368293-59_AFO_0000045_1A0000030_0000001.pdf
124. 089B-WF-3368293-59_AFO_0000046.pdf
125. 089B-WF-3368293-59_AFO_0000047_1A0000031_0000001.msg_Redacted.pdf
126. 089B-WF-3368293-59_AFO_0000047_Redacted.pdf
127. 089B-WF-3368293-59_AFO_0000048.pdf
128. 089B-WF-3368293-59_AFO_0000048_1A0000032_0000001.pdf
129. 089B-WF-3368293-59_AFO_0000048_1A0000032_0000002.pdf
130. 089B-WF-3368293-59_AFO_0000048_1A0000032_0000003.pdf
131. 089B-WF-3368293-59_AFO_0000048_1A0000032_0000004.pdf
132. 089B-WF-3368293-59_AFO_0000049.pdf
133. 089B-WF-3368293-59_AFO_0000049_1A0000033_0000001.pdf
134. 089B-WF-3368293-59_AFO_0000050.pdf
135. 089B-WF-3368293-59_AFO_0000050_1A0016255_0000001_Redacted.pdf
136. 089B-WF-3368293-59_AFO_0000050_Import_Redacted.pdf
137. 089B-WF-3368293-59_AFO_0000051.pdf
138. 089B-WF-3368293-59_AFO_0000051_1A0000034_0000001.pdf
139. 089B-WF-3368293-59_AFO_0000051_1A0000034_0000002.pdf
140. 089B-WF-3368293-59_AFO_0000052.pdf
141. 089B-WF-3368293-59_AFO_0000053.pdf
142. 089B-WF-3368293-59_AFO_0000054.pdf
143. 089B-WF-3368293-59_AFO_0000056.pdf
144. 089B-WF-3368293-59_AFO_0000056_1A0000035_0000001.pdf
145. 089B-WF-3368293-59_AFO_0000057_1A0000036_0000001.pdf
146. 089B-WF-3368293-59_AFO_0000057_Redacted.pdf
147. 089B-WF-3368293-59_AFO_0000058.pdf
148. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000001.pdf
149. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000002.pdf
150. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000003.pdf
151. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000004_PHYSICAL.pdf
152. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000005_PHYSICAL.pdf
153. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000006.pdf
154. 089B-WF-3368293-59_AFO_0000058_1A0000037_0000007.pdf

155. 089B-WF-3368293-59_AFO_0000059.pdf
156. 089B-WF-3368293-59_AFO_0000059_1A0000038_0000001.pdf
157. 089B-WF-3368293-59_AFO_0000059_1A0000038_0000002.pdf
158. 089B-WF-3368293-59_AFO_0000059_1A0000038_0000003.pdf
159. 089B-WF-3368293-59_AFO_0000059_1A0000038_0000004_PHYSICAL.pdf
160. 089B-WF-3368293-59_AFO_0000059_1A0000038_0000005.pdf
161. 089B-WF-3368293-59_AFO_0000060.pdf
162. 089B-WF-3368293-59_AFO_0000060_1A0000039_0000001.pdf
163. 089B-WF-3368293-59_AFO_0000061.pdf
164. 089B-WF-3368293-59_AFO_0000062.pdf
165. 089B-WF-3368293-59_AFO_0000062_1A0000001_0000001_PHYSICAL.pdf
166. 089B-WF-3368293-59_AFO_0000063_1A0000081_0000001_PHYSICAL_Redacted.pdf
167. 089B-WF-3368293-59_AFO_0000063_Redacted.pdf
168. 089B-WF-3368293-59_AFO_0000064.pdf
169. 089B-WF-3368293-59_AFO_0000064_1A0000040_0000001_PHYSICAL.pdf
170. 089B-WF-3368293-59_AFO_0000065.pdf
171. 089B-WF-3368293-59_AFO_0000066.pdf
172. 089B-WF-3368293-59_AFO_0000066_1A0000041_0000001.pdf
173. 089B-WF-3368293-59_AFO_GJ_0000001.pdf
174. 089B-WF-3368293-59_AFO_GJ_0000002.pdf
175. 089B-WF-3368293-59_AFO_GJ_0000002_1A0000001_0000002.pdf
176. 089B-WF-3368293-59_AFO_GJ_0000002_1A0000002_0000001.pdf
177. 089B-WF-3368293-59_AFO_GJ_0000002_1A0000002_0000002.pdf
178. 089B-WF-3368293-59_AFO_GJ_0000002_1A0000002_0000003.msg
179. 089B-WF-3368293-59_AFO_GJ_0000003.pdf
180. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000003_0000002.pdf
181. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000003_0000003.pdf
182. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000003_0000005.pdf
183. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000003_0000006.pdf
184. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000003_0000007.pdf
185. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000003_0000008.pdf
186. 089B-WF-3368293-59_AFO_GJ_0000003_1A0000004_0000001.pdf
187. 089B-WF-3368293-59_AFO_GJ_0000004.pdf
188. 089B-WF-3368293-59_AFO_GJ_0000004_1A0000005_0000002.pdf
189. 089B-WF-3368293-59_AFO_GJ_0000004_1A0000006_0000001.pdf
190. 089B-WF-3368293-59_AFO_GJ_0000004_1A0000006_0000002.pdf
191. 089B-WF-3368293-59_AFO_GJ_0000005.pdf
192. 089B-WF-3368293-59_AFO_GJ_0000005_1A0000007_0000001.pdf
193. 089B-WF-3368293-59_AFO_GJ_0000005_1A0000007_0000003.pdf
194. 089B-WF-3368293-59_AFO_GJ_0000006.pdf
195. 089B-WF-3368293-59_AFO_GJ_0000006_1A0000008_0000001.html
196. 089B-WF-3368293-59_AFO_GJ_0000006_1A0000008_0000002.html
197. 089B-WF-3368293-59_AFO_GJ_0000006_1A0000008_0000003.xls
198. 089B-WF-3368293-59_AFO_GJ_0000006_1A0000008_0000004.html
199. 089B-WF-3368293-59_AFO_GJ_0000006_1A0000009_0000001.pdf

200. 089B-WF-3368293-59_AFO_GJ_0000007.pdf
201. 089B-WF-3368293-59_AFO_GJ_0000007_1A0000010_0000003.pdf
202. 089B-WF-3368293-59_AFO_GJ_0000007_1A0000010_0000004.pdf
203. 089B-WF-3368293-59_AFO_GJ_0000008.pdf
204. 089B-WF-3368293-59_AFO_GJ_0000008_1A0000011_0000001.pdf
205. 089B-WF-3368293-59_AFO_GJ_0000008_1A0000011_0000002.pdf
206. 089B-WF-3368293-59_AFO_GJ_0000008_1A0000011_0000003.xlsx
207. 089B-WF-3368293-59_AFO_GJ_0000008_1A0000011_0000007.xlsx
208. 089B-WF-3368293-59_AFO_GJ_0000008_1A0000011_0000008.pdf
209. 089B-WF-3368293-59_AFO_GJ_0000008_1A0000011_0000009.pdf
210. BR Screenshot.jpg
211. BWC DC (1).mp4
212. BWC DC (10).mp4
213. BWC DC (11).mp4
214. BWC DC (12).mp4
215. BWC DC (13).mp4
216. BWC DC (14).mp4
217. BWC DC (2).mp4
218. BWC DC (3).mp4
219. BWC DC (4).mp4
220. BWC DC (5).mp4
221. BWC DC (6).mp4
222. BWC DC (7).mp4
223. BWC DC (8).mp4
224. BWC DC (9).mp4
225. BWC Screenshots (1).jpg
226. BWC Screenshots (2).jpg
227. BWC Screenshots (3).jpg
228. BWC Screenshots (4).jpg
229. BWC Screenshots (5).jpg
230. BWC Screenshots (6).jpg
231. BWC Screenshots (7).jpg
232. BWC Screenshots (8).jpg
233. DLL_0005.JPG
234. DLL_0009.JPG
235. DLL_0010.JPG
236. DLL_0011.JPG
237. DLL_0012.JPG
238. DLL_0014.JPG
239. Email re Rape Offense - Fw_ report request.pdf
240. Open Source - January 6 DC Riot RAW Video _ Capitol building insurrection_ clashes with police.mp4
241. Open Source - NY Times Video.mp4
242. Open Source - Police under attack at the US Capitol___ _4K_.mp4
243. Open Source - Whose House.mp4
244. Open Source Screenshots (1).jpg

245. Open Source Screenshots (2).jpg
246. Open Source Screenshots (3).jpg
247. SW Pictures (Spray) (1).JPG
248. SW Pictures (Spray) (2).JPG
249. SW Pictures (Spray) (3).JPG
250. SW Pictures (Spray) (4).JPG
251. SW Pictures (Spray) (5).JPG
252. SW Pictures (Spray) (6).JPG
253. SW Pictures (Spray) (7).JPG
254. SW Pictures (Spray) (8).JPG
255. SW Pictures (Spray) (9).JPG

The following files have all been designated as "Highly Sensitive" pursuant to the terms of the Protective Order:

256. DSC_0001.MOV
257. DSC_0002.MOV
258. DSC_0003.MOV
259. DSC_0004.MOV
260. DSC_0006.MOV
261. DSC_0006.MOV
262. DSC_0007.MOV
263. DSC_0008.MOV
264. DSC_0013.MOV
265. DSC_0015.MOV
266. DSC_0016.MOV
267. DSC_0017.MOV
268. DSC_0035.MOV

     I am also hereby notifying you that we will make devices (in their entirety) seized in the search warrant available for your review upon request.   The search of these devices is ongoing.   Relevant evidence within the scope of the warrant will be extracted and provided to you in future discovery rounds.   However, the entire devices will not be provided as part of discovery, and they will only be made available for your review should you desire.   The devices seized in the warrant are as follows:

- Gold-colored Motorola phone with no serial number
- Grey Motorola phone with no serial number
- Samsung tablet model SM-T337A
- Black data traveler 100 G3 64 GB with sticker that stated Tails Linux 4.10 64 GB Shoplinuxonline.com
- Razer Laptop S/N BY1949A82004356
- Rexing body cam, 2070U00694
- Olympus digital camera, D-560 Zoom
- Three USB thumb drives

Additional evidence seized in the search warrant of Defendant's residence includes:
- Pair of white shoes, Nike
- Olive Green backpack
- Plaid long sleeved shirt
- Gray ball cap
- Caliphone megaphone, red/white
- Two cans frontiersman bear attack deterrent spray, 9.02 oz
- Belt holster for bear spray
- Black long sleeve shirt "Million Man March"

I am also hereby notifying you that significant surveillance, including aerial surveillance, was conducted by the FBI of Defendant and his residence.   This first round of discovery includes the surveillance reports and a few photographs.   However, the FBI has gigabytes of data comprised of pictures and videos taken of Defendant and his residence.   Because this data has no evidentiary value in establishing the guilt or innocence of the Defendant related to his actions on January 6, 2021, this surveillance data will not be produced as part of discovery; however, it is available for your review upon request.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.   In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.   I will provide timely disclosure if any such material comes to light.   Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.   I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.   *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).   I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.   Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney