UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>     v.                                                     )     No. 21-CR-453 (JDB)<br>                                                           )<br>SEAN MICHAEL MCHUGH,           )<br>                                                           )<br>          Defendant.                           )<br>_____ ) | |

**Joint Proposed Pre-Trial Briefing Schedule**

Defendant Sean McHugh, by and through counsel, and with the consent of the government, respectfully proposes the Court to order the following briefing schedule in anticipation of pre-trial motions:

Defense Opening Brief due on December 2, 2021

Government Response due on December 17, 2021

Defense Reply due on December 23, 2021

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No: 1031486
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

Maria_Jacob@fd.org