UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-00453-JDB |
| v. | : | |
| | : | |
| SEAN MICHAEL MCHUGH, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR ISSUANCE OF TRIAL ORDER AND HEARING**

The parties in the above captioned case, respectfully move this Court to issue the proposed trial order associated with this motion.

Additionally, the parties request that the Court schedule a hearing as soon as possible. The parties are available the afternoon of January 24th, anytime on the 25th, the afternoon of the 26th, and anytime on the 27th.

Counsel for defendant McHugh is considering requesting a continuance but needs to discuss this with their client. Mr. McHugh is currently in quarantine and it is extremely difficult for counsel to have any contact with him. Moreover, Mr. McHugh has yet to obtain access to discovery because he has been unable to sign the protective order acknowledgment. Accordingly, this motion has not been reviewed by the defendant.

The parties request a hearing to work through these issues and any other scheduling issues.

          Respectfully submitted,

          MATTHEW GRAVES
          UNITED STATES ATTORNEY

By:    /s/ *Jacob J. Strain*
          JACOB J. STRAIN (UT#:12680)
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          (801) 524-5682 | Jacob.Strain@usdoj.gov