# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:21-cr-00453-JDB** |
| **v.** | : | |
| | : | |
| **SEAN MICHAEL MCHUGH**, | : | |
| | : | |
| **Defendant.** | : | |

## TRIAL ORDER

1.      Jury Selection is set for 3/4/2022 at 09:30 AM in Ceremonial Courtroom before Judge John D. Bates.

2.      Jury Trial set for 3/9/2022 at 09:30 AM before Judge John D. Bates. The courtroom will be determined at a later date.  This is the date of "trial" referenced below.

3.      The final pretrial conference in this matter is scheduled for _____ at _____.

4.      **Jury Instructions**:
   a.  The parties should serve their proposed jury instructions on each other at least <u>seven business</u> days before trial.  The parties should then confer in order to agree on a single set of instructions to the extent possible.

   b.  The joint proposed instructions (along with the proposed instructions upon which the parties have been unable to agree) should be filed with the court at least <u>five business days</u> before trial.

   c.  If the parties cannot agree upon one complete set of final instructions, they may submit separately those instructions that are not agreed upon.

   d.  Each party should file its objections, if any, to jury instructions proposed by any other party no later than <u>two business days</u> before trial.  Any such objections must recite the proposed instruction in its entirety and specifically highlight the objectionable language contained therein.  The objection should contain both a concise argument why the proposed language is improper and citation to relevant legal authority.  Where applicable, the objecting party must submit, an alternative instruction covering the pertinent subject matter or principle of law.

5.      **Verdict Forms** should be filed with the court at least <u>five business days</u> before trial.

6.      **Voir Dire Examination Questions of the Venire** should be filed with the court at least five business days before trial.

7.      **Jencks**: All Jencks material (18 U.S.C. § 3500) is to be provided to opposing counsel one week before trial.

8.      **Motions in Limine**:  All motions in limine are to be filed with the court two weeks before trial, unless otherwise ordered by the court.  Responses are to be filed one week before trial, and replies, three days before trial, unless otherwise ordered by the court.

9.      **Exhibit Lists/Witness Lists**: Each party should file exhibit and witness lists no later than three business days before trial.


DATED this _____ day of January, 2022.

BY THE COURT:


_____
JOHN D. BATES
United States District Court Judge

2