UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN MCHUGH,<br><br>Defendant. | Criminal Action No. 21-453 (JDB) |

## ORDER

Defendant Sean McHugh is charged by indictment with eight felonies and two misdemeanors in relation to his conduct at the United States Capitol on January 6, 2021. See Superseding Indictment [ECF No. 39]. This Court had previously set a trial date in this matter for March 4, 2022. See Min. Entry, Nov. 1, 2021; Min. Entry, Nov. 2, 2021. However, defense counsel now represents that their trial preparation has been hampered by delays and logistical complications regarding McHugh's access to discovery materials and by additional burdens on communicating with McHugh caused by COVID-19 procedures at his site of incarceration. In addition, McHugh wishes to make additional pre-trial motions. As a consequence, at a status conference on January 28, 2022, McHugh, by and through his counsel, asked that the Court continue the previously scheduled trial date by approximately sixty days. The government did not object to this request. Upon consideration of this oral motion, the parties' discussion at the January 28 status conference, and the entire record herein, it is hereby

**ORDERED** that defendant's oral motion to continue the trial currently set for March 4, 2022 is **GRANTED**; it is further

**ORDERED** that the March 4, 2022, trial date is hereby **VACATED**; it is further

1

**ORDERED** that this matter will be set for trial beginning on May 31, 2022; it is further

**ORDERED** that any additional pre-trial motions defendant wishes to make shall be filed by not later than March 15, 2022; it is further

**ORDERED** that the government's opposition to any such motions shall be filed by not later than April 7, 2022; it is further

**ORDERED** that defendant's reply in support of any such pre-trial motion shall be filed by not later than April 21, 2022; and it is further

**ORDERED** that the Court will hold a motions hearing on defendant's pre-trial motions at 10:00 AM EDT on May 4, 2022, by video-teleconference.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 28, 2022