# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SEAN MICHAEL MCHUGH,**<br>    **Defendant.** | Criminal Action No. 21-453 (JDB) |

## ORDER

Upon consideration of [41] defendant's motion to dismiss, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated: February 1, 2022

1