# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-00453-JDB |
| : | |
| **SEAN MICHAEL MCHUGH** : | |
| : | |
| **Defendant.** : | |

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: AUSA Mary Dohrmann should replace AUSA Jacob Strain as lead counsel on the case, and AUSA Jacob Strain should be removed from the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530