UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | No. 21-453 (JDB) |
| ) | |
| SEAN MCHUGH,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**ORDER**

Upon consideration of the Motion To Continue Trial, it is this _____ day of _____, 2022

ORDERED that said motion be, and hereby is, GRANTED and that the currently scheduled trial date of June 9, 2022 is re-scheduled to _____, 2022.

It is further ORDERED that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161 (h)(7)(A) and for good cause shown, the time from June 9, 2022 until _____, 2022, is excluded from the speedy trial clock.

Dated _____, day of _____, 2022.

_____
Honorable John D. Bates
United States Senior District Judge