# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-453 (JDB) |
| | ) |
| SEAN MCHUGH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Unopposed Motion For Extension to File Reply, it is this _____ day of \_\_\_\_\_, 2022.

ORDERED that said motion be, and hereby is, GRANTED and that the defense is ordered to file a reply to the government's opposition to McHugh's second motion to dismiss by April 28, 2022.

Dated _____, day of _____, 2022.

_____
Honorable John D. Bates
United States Senior District Judge