# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**SEAN MCHUGH,**<br><br>Defendant. | **Criminal Action No. 21-453 (JDB)** |

## ORDER

Upon consideration of [54] defendant Sean McHugh's renewed Motion to Dismiss Count Five of the Superseding Indictment, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 2, 2022

1