UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )   )| |
| v.                          )| No. 21-453 (JDB) |
|                             )| |
| SEAN MCHUGH,                )| |
|                             )| |
| Defendant.                  )| |

**JOINT MOTION FOR PRE-PLEA PROBATION CRIMINAL HISTORY
CATEGORY ANALYSIS AND TO CONTINUE STATUS CONFERENCE**

Defendant Sean McHugh, by and through counsel, and with the consent of the government, respectfully moves the Court for an order directing the United States Probation Office to prepare a pre-plea calculation of Mr. McHugh's criminal history category analysis. In support of this motion, the defendant provides the following facts:

1. At the last hearing on May 4, 2022, the parties advised the Court that Mr. McHugh wished to engage in pre-trial negotiations with the hope that the parties can reach a pre-trial resolution.

2. In order for undersigned counsel to inform Mr. McHugh of all of the potential consequences of any plea of guilty, he must be informed of the most accurately estimated guideline range he would face.

3. On May 28, 2021, June 1, 2021, and June 14, 2021, pre-trial services prepared a report that outlined his criminal history, however was unable to obtain some of the dispositions for prior convictions.

4. In order for the parties to estimate the sentencing guidelines, that missing

information is needed and has not been able to be obtained by undersigned counsel or the government despite efforts to do so.

5. For these reasons, the parties jointly request that the Court direct United States Probation to prepare a criminal history category analysis to inform further negotiations.

6. Undersigned counsel understands that United States Probation will be unable to complete this calculation before the next status hearing scheduled for June 8, 2022. Given that the parties are only requesting a criminal history analysis and not an offense level calculation, the parties request that the analysis be completed within 30 days. For that reason and the reasons discussed above, the parties request that the status conference currently set for June 8, 2022 be continued until the week of July 25th for probation to prepare a criminal history analysis and for the parties to hopefully reach a pre-trial resolution.[1]

7. The parties also request that the time from June 8, 2022 and the next status hearing be excluded from the Speedy Trial clock in the interests of justice in allowing the parties to meaningfully negotiate a pre-trial resolution.

                                      Respectfully submitted,

                                      A. J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                            /s/
                                      _____
                                      Maria N. Jacob

---

[1] The parties are available anytime on July 25, 26, and 27.

      Assistant Federal Public Defender
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004
      (202) 208-7500
      Maria_Jacob@fd.org

      _____/s/_____
      Mary L. Dohrmann
      Benjamin Kringer
      Assistant United States Attorneys
      United States Attorney's Office
      for the District of Columbia
      601 D Street NW
      Washington, D.C. 20530
      (202) 252-7035
      Mary.Dohrmann@usdoj.gov
      Benjamin.Kringer2@usdoj.gov