UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-453 (JDB) |
| | ) | |
| SEAN MCHUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

The Court has reviewed and considered the Joint Motion for Pre-Plea Probation Criminal History Category Analysis and to Continue Status Conference, and for the reasons stated therein, it is hereby ORDERED that the United States Probation Office for the District of Columbia shall conduct this analysis with respect to defendant Sean McHugh, and a written report of such analysis shall be completed and conveyed to counsel for Sean McHugh and the government within 30 days from the date of this order.

It is further ORDERED, that the status hearing currently scheduled for June 8, 2022, be continued until _____, 2022, and that the time from then until the next hearing be excluded from the speedy trial calculation.

Dated _____, day of _____, 2022.

_____
Honorable John D. Bates
Senior United States District Judge