UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN MICHAEL MCHUGH,<br><br>Defendant. | Case No. 21-CR-453 (JDB) |

### *PRO HAC VICE* DECLARATION OF JOSEPH W. ALLEN

I, Joseph William Allen, make the following declaration in support of the Motion For *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Joseph William Allen.

2. My office address is 1015 State Highway 248, STE I, Branson, Missouri 65616 with telephone number of (417) 334-6818.

3. I have been admitted to the following State & Federal Bars: State of Missouri

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date: 8/10/2022                                 Respectfully submitted,

                                                                    /s/ Joseph W. Allen