UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) Case No. 21-CR-453 (JDB) |
| | ) |
| SEAN MCHUGH, | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF TERMINATION

The above captioned case is no longer assigned to Assistant Federal Public Defender Maria Jacob and Sabrina Shroff.  The defendant's retained Joseph Allen who entered his appearance on August, 13, 2022.  Please send copies of all notice and inquiries to Mr. Allen and remove Maria Jacob and Sabrina Shroff.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Maria Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500