UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Dismiss the Superseding Indictment as Defective, it is this _____ day of _____, 2022

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that the Superseding Indictment is dismissed as defective.

Dated _____, day of _____, 2022.

_____

Honorable John D. Bates

United States District Court Judge