Informal Grievance Form
Response ID: 133383
Submitted Date: 11/11/2021 02:03:37 PM (GMT-5)
Completion Time: 14 min. 40 sec.

NOV 1 5 2021

**Step 1: Informal Resolution (to be completed by Inmate)**

- Inmate has five (5) days after triggering incident to submit request.
- The IGP coordinator will respond within seven (7) business days

Inmate First Name:
**Sean**

Inmate Last Name:
**McHugh**

IGP#
22111173-708

DC DC #
**378159**

Unit:
**C2B**

Date:
**11/11/21**
**Select Department/Services Needed:**

Click the drop down menu to select:
**Staff Treatment**

Date of Incident:
**11/11/21**

Time of Incident:
**11:00am**

Offender:
■

Reason for Complaint:
■ came into C2B and starded spraying recklessly because people were not wearing their mask. As I came out of the tv room she was spraying pepper spray on the top teir all over. Then i was told to lock down and so i was walking up the stairs as she was coming down spraying pepper sray at ■. I was hit for absolutely no reason. I was told again to lockdown and the pain and trouble breathing was getting worse as she had just sprayed the whole upper teir. This all started over someone not wearing their mask appearently. At this point at 11:15 11:30 approximately i asked for medical attention. Shortly after i attended ■ who was also hit by the spray. After ■ was put on a stretcher and walked to medical i locked down. ■ is reckless and provoking she was instigating and escelating the situation that could have been handled in a calmer manner.

Inmate Signature:

Informal Grievance Form
Response ID: <u>133386</u>
Submitted Date: 11/11/2021 02:10:04 PM (GMT-5)
Completion Time: 6 min. 21 sec.


RECEIVED
NOV 1 5 2021
By_____

### Step 1: Informal Resolution (to be completed by Inmate)

- Inmate has five (5) days after triggering incident to submit request.
- The IGP coordinator will respond within seven (7) business days

Inmate First Name:
**Sean**

Inmate Last Name:
**McHugh**

DC DC #
**378159**

Unit:
**C2B**

Date:
**11/11/21**

IGP#

22111173-717

**Select Department/Services Needed:**

Click the drop down menu to select:
**Health Care**

Date of Incident:
**11/11/21**

Time of Incident:
**11-1pm**

Offender:
███████, **Medical**

Reason for Complaint:
**I asked to see medical after being hit by pepper spray at 11 am i was not seen by medical until 1 pm. Not only was the medical attention slow to start. But nothing was done. I asked to see a provider due to trouble breathing because of mold already they just took my temperature and vitals and sent me on my way. This facility lacks in medical attention.**

Inmate Signature:
**Sean McHugh**

Date:
**11/11/21**

RECEIVED 11/8/2021   COMPLETED 12/3/2021

## DCDOC Inmate Informal Resolution Complaint Form
### Tablet Submission Response

Grievance Level: INFORMAL ~~Formal~~ Grievance

| Inmate Name; SEAN MCHUGH | DCDC#378159 | Unit;C2 | IGP #22111173-717 |
|---|---|---|---|
| | | | |

DOC Response: 11/23//2021

INMATE WAS SEEN IN URGENT CARE FOR CHEMICAL EXPOSURE ON HIS HOUSING UNIT. SEEN 11/11/2021 URGENT CARE PROVIDER COMPLETED EXAMINATION AND NOTED NO PAIN, DISCOMFORT OR RESPIRATORY DISTRESS. SEEN ON 11/23/2021, FOR CHRONIC CARE APPOINTMENT, SYMPTOMS IMPROVED AND ALLERGY MEDICATION PROVIDED FOR NASAL DRAINAGE AND SNEEZING.

Responder Name: _____  Responder Signature: [redacted]  Date: 12/3/2021

Department: _____  Manager: COVID-19  Manager Signature: _____

Inmate Grievance Coordinator Signature: [redacted]  Date: 12-6-21

## DCDOC Inmate Informal Resolution Complaint Form
## Tablet Submission Response

### Grievance Level: Formal Grievance

| Inmate Name;<br>SEAN MCHUGH | DCDC#378159 | Unit; C2B | IGP #22111173-681 |
|---|---|---|---|
| | | | |

DOC Response: 11/23//2021

THE USE OF THE OC SPRAY WAS IN CONCERT WITH POLICY AND EVERYONE MUST WEAR A MASK AT ALL TIME UNLESS MEDICAL AUTHORIZES THE REMOVAL OR SOMEONE IS EATING OR DRINKING. WEARING OF THE MASK IS A MANDATE DUE TO THE COVID 19 VIRUS AND PANDEMIC.

Responder Name: ▓▓▓▓ Responder Signature: ▓▓▓▓ Date: 11.23.21

Department: OPERATIONS Manager: COVID-19 Manager Signature: ▓▓▓▓

Inmate Grievance Coordinator Signature: ▓▓▓▓ Date: 11-30-21

Informal Grievance Form
Response ID: 135244
Submitted Date: 11/17/2021 02:30:13 PM (GMT-5)
Completion Time: 27 min. 18 sec.


RECEIVED
NOV 18 2021
By _____

**Step 1: Informal Resolution (to be completed by Inmate)**

- Inmate has five (5) days after triggering incident to submit request.
- The IGP coordinator will respond within seven (7) business days

Inmate First Name:
**Sean**

Inmate Last Name:
**McHugh**

DC DC #
**378159**

Unit:
**C2B**

IGP#
22111223-841

Date:
**11/17/21**

**Select Department/Services Needed:**

Click the drop down menu to select:
**Discrimination**

Date of Incident:
**11/17/21**

Time of Incident:
**1:45**

Offender:
▮▮▮▮▮▮

Reason for Complaint:
▮▮▮▮▮▮ started getting on us about masks. I put my mask on and complied. I asked her if she was aware of Muriel Bowsers order going into effect on monday. She replied that there was never a virus but if she has to wear a mask than we have to as well. She started in on how i was priveledged saying she wishes i was in general population so I could be taught a lesson. Saying i would be stabbed and beat. She also said i was a leader of a racist group. She said she wishes she was leader of BLM so that she could teach me a lesson. She called me a racist bitch. Than she denied us a whiteshirt and tried to lock down the whole pod because we were asking for a whiteshirt. We asked winston ms peters and the other rec yard officer for a whiteshirt. She denied us a whiteshirt and punished us for being upset about her treatment. She came into this zone to instigate hate. Calling me names and being racist. She does not belong on this zone at all.

PP 4030.1
Attachment C

DOC Staff: Print Name_____ Sign Name_____ Date_____

**DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

RECEIVED OCT 2 2 2021

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: # 22110252-977

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Sean McHugh | DCDC#: 378159 | UNIT: 10/17/21 | DATE: C2B/30 |

SELECT DEPARTMENT/SERVICES NEEDED:

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone, legal)

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ✗ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

DATE OF INCIDENT:_____ TIME OF INCIDENT:_____ OFFENDER:_____

REASON FOR COMPLAINT: The food tonight was see through slimy bologna discolored and presumably stale. It did not match the menu and also had inadequate veggies. It did not meet proper nutrition guidelines or federal guidelines. AGAIN!

INMATE SIGNATURE: _____ DATE: 10/17/21

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than 10/29/2021

DOC RESPONSE: All food is order weekly and we do not have any expire meal. Menus are subject to change with approval.

PRINT RESPONDER NAME: ▓▓▓ RESPONDER SIGNATURE: ▓▓▓ DATE:_____

DEPARTMENT:_____ MANAGER NAME:_____ MANAGER SIGNATURE: 26 Oct 21

INMATE GRIEVANCE COORDINATOR SIGNATURE:_____ DATE: 11-7-2021

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

Informal Grievance Form
Response ID: 121865
Submitted Date: 10/12/2021 03:00:27 PM (GMT-4)
Completion Time: 2 min. 49 sec.

RECEIVED
OCT 13 2021
By_____

### Step 1: Informal Resolution (to be completed by Inmate)

- Inmate has five (5) days after triggering incident to submit request.
- The IGP coordinator will respond within seven (7) business days

Inmate First Name:
**Sean**

Inmate Last Name:
**McHugh**

DC DC #
**378159**

IGP#
22110142-719

Unit:
**C2b**

Date:
**10/11/21**
**Select Department/Services Needed:**

Click the drop down menu to select:
**Staff Treatment**

Date of Incident:
**Every day**

Time of Incident:
**All day**

Offender:
**Dc doc**

Reason for Complaint:
**There is black mold in this facility, under the tiles on the floor, on the walls, in the vents and other places causing breathing problems.**

Inmate Signature:
**Sean McHugh**

Date:
**10/11/21**

20 OCTOBER 2021
IGP # 22110142-719

# DOC Resident Interview Form

## Interview Details

Name of Resident/No. Sean McHugh/378159   Date: 10/19/2021   Time: ≈ 0845

Interviewer Name/title/sig ▮▮▮   Interviewer Phone Number: (202) 790-6745

Reason for Interview: Responding to a complaint about personal exposures to mold contamination.

## Questions for Interviewee

Question #1: Good morning Mr. McHugh, my name is ▮▮▮ and I am the sanitarian. I would just like to ask you a few questions about your recent complaint, concerning mold. Do you have any additional comments or information that you would like to provide concerning your complaint dated 10/11/2021?

Answer: "They knew that you were coming, cause ▮▮▮ the CO wiped down my cell with bleach. There is mold underneath the floor tiles and there is mold under the paint. The mold has been painted over"

Question #2: Are you comfortable and do have you had any symptoms, because of your potential exposures to mold?

Answer: "Because of the mold I have breathing problems, I sneeze everyday and I have headaches."

2 | Page

| Question #3: | Would moving to a different location help you and are you willing to move to a new location |
|---|---|
| Answer: | "Yes, I am willing to move to a new location, perhaps the cell all the way on the end. |

| Question #4: | Is there anything else that you would like to share with me? |
|---|---|

Answer: "No, not right now, thank you for coming by"

## Comments

There were no visible signs of mold contamination inside of Mr. McHugh's cell (#30). A sample was taken underneath a floor tile. That sample did not contain "Black Mold" as reported. The black material is actually floor tile mastic. Mold/mildew contamination was observed inside each of the four showers. That mold/mildew contamination was abated on 20 October 2021.

3 | Page

**Representative photograph of mold/mildew contamination prior to abatement inside of shower**



PP 4030.1

DOC Staff: Print Name_____ Sign Name_____ Date _____   Attachment C



| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE INFORMAL RESOLUTION COMPLAINT FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** #_____ |

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Sean McHugh | DCDC#: 378159 | UNIT: C2B | DATE: 11/05/21 |

**SELECT DEPARTMENT/SERVICES NEEDED:**

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- o Health Care
- o Communications (mail, visits, telephone, legal)
- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- o Staff Treatment (circled)
- o Food Service
- o Religious Services
- o Facilities Management
- o Discrimination (circled)
- o Transportation
- o Safety and Security
- o Other

DATE OF INCIDENT: 11/05/21   TIME OF INCIDENT: 7am - 11am   OFFENDER: LEE

REASON FOR COMPLAINT: ____ CALLED ME A TERRORIST THIS MORNING. I AM NOT CHARGED WITH TERRORISM. HE IS DISCRIMINATIVE AND MENTALY ABUSIVE AS WELL. HE GOES BY THE CELL DOOR AND BANGS ON THE DOOR EVERYTIME HE WALKS BY. HE IS NOT FIT FOR THIS JOB LET ALONE THIS POD. HE ALSO TOLD ME I CAN NOT TALK TO FELLOW INMATES ON TO TIER.

INMATE SIGNATURE: /s/ Sean McHugh   DATE: 11-05-21

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than_____.

DOC RESPONSE: _____

_____

_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

PP 4030.1
Attachment D

DOC Staff:  Print Name:_____  Signature:_____  Date:_____



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE FORMAL GRIEVANCE FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**
#_____

## STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Sean McHugh | DCDC#: 378159 | UNIT: South 02 | DATE: 8/05/21 |
|---|---|---|---|

**SELECT DEPARTMENT/SERVICES:**

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- o Health Care
- o Communications (mail, visits, telephone,
- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- ⦿ Staff Treatment
- o Food Service
- o Religious Services
- o Facilities Management
- ⦿ Discrimination
- o Transportation
- o Safety and Security
- o Other

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☒ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** I've filed 3 different IFG forms in regards to discrimination staff misconduct misclassification over 15 days ago and not 1 has been responded to. I has been denied serving to grievance #20210726-820. Nothing is getting better here in quarantine as of day 16 in fact it's got worse ranging from sexual harassment from inmates, infront of staff and nothing being done to staff discrimination.

INMATE SIGNATURE: _Sean McHugh_      DATE: 8/5/21

*** FOR DOC COMPLETION ***   Provide response to the IGP Coordinator no later than _____.

**DOC RESPONSE:** _____
_____
_____
_____

PRINT RESPONDER NAME: _____  RESPONDER SIGNATURE: _____  DATE: _____
DEPARTMENT: _____  MANAGER NAME: _____  MANAGER SIGNATURE: _____
INMATE GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: _____