UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Temporary Release Pursuant to 18 U.S.C. § 3142(i), it is this _____ day of _____, 2022

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that Defendant, Sean Michael McHugh, is released under the conditions as set forth herein by Pre Trial-Release Services and, further

ORDERED that Defendant is to adhere faithfully to all such conditions.


Dated _____, day of _____, 2022.


_____

Honorable John D. Bates

United States District Court Judge