UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of the Defendant's Motion for a Protective Order Per Federal Rules of Criminal Procedure 49.1(e), and for good cause shown, it is this _____ day of _____, 2022

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that the filings entered by the Government and referenced in the aforesaid motion in relation to the Defendant's criminal history are placed under a protective order.


Dated _____, day of _____, 2022.


_____
Honorable John D. Bates
United States District Court Judge