**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-CR-453 (JDB)** |
| | ) | |
| **SEAN MICHAEL MCHUGH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Defendant's Motion for Change of Venue Pursuant to 18

U.S.C. § 3237(a), it is this _____ day of _____, 2022

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that this case be transferred to the Eastern District Federal Court of

California for prosecution and trial.

Dated _____, day of _____, 2022.

_____

Honorable John D. Bates

United States District Court Judge