IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>SEAN MICHAEL MCHUGH,<br><br>　　　　　Defendant. | CRIMINAL NO. 21-453 (JDB)<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States of America hereby notifies the Court of the substitution of Lynnett M. Wagner, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case, replacing Assistant United States Attorney Mary Lyle Dohrmann, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:　s/ Lynnett M. Wagner
　　　LYNNETT M. WAGNER
　　　Nebraska Bar No. 21606
　　　Assistant U.S. Attorney
　　　555 4th Street, N.W.
　　　Washington, D.C. 20530
　　　Tel: (402) 661-3700
　　　Fax: (402) 661-3081
　　　E-mail:lynnett.m.wagner@usdoj.gov