UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of the Defendant's Motion to File Out of Time, and for good cause shown, it is this ____ day of _____, 2023

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that Defendant, by and through counsel, may file his *Motion for Discovery and for an Evidentiary Hearing in Support of His Claim of Selective Prosecution* herein.

Dated _____, day of _____, 2023.

_____
Honorable John D. Bates
United States District Court Judge