UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Motion For Discovery and an Evidentiary Hearing in Support of His Claim of Selective Prosecution, it is this ____ day of _____, 2023

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that the Attorney for the United States is to produce and turn over to Counsel for the Defendant any discovery materials responsive to the Defendant's *Motion* and, further

ORDERED that an evidentiary hearing shall be held in this matter on the ____ day of _____, 2023.

Dated _____, day of _____, 2023.

_____
Honorable John D. Bates
United States District Court Judge