UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN MCHUGH,<br><br>Defendant. | Criminal Action No. 21-453 (JDB) |

## ORDER

Upon consideration of the April 17, 2023 trial date, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern pretrial proceedings:

- The parties shall file any motions in limine by not later than March 3, 2023, responses by March 16, 2023, and replies by March 24, 2023;

- The government shall provide any 404(b) notice by not later than March 3, 2023, and the defense shall file any objections by March 16, 2023;

- Pursuant to Federal Rule of Criminal Procedure 16, the government shall identify any expert(s) by not later than March 6, 2023 and the defense shall identify any rebuttal expert(s) by not later than March 20, 2023;

- The parties shall file proposed voir dire, proposed jury instructions, witness lists, and exhibit lists by not later than April 4, 2023;

- A pretrial conference is scheduled for April 6, 2023 at 10:00 a.m. via Zoom; and

- The government shall provide any Jencks Act material by not later than April 12, 2023.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 10, 2023

1