**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )   **Case No. 21-453 (JDB)** |
| | ) |
| **SEAN MICHAEL MCHUGH,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**<u>ORDER</u>**

Upon consideration of the Defendant's Omnibus Motions in Limine, it is this _____ day of

_____, 2023

ORDERED that the Motions are SUSTAINED or DENIED as follows:

Motion 1. Sustained_____          Denied_____

Motion 2. Sustained_____          Denied_____

Motion 3. Sustained_____          Denied_____

Motion 4. Sustained_____          Denied_____

Motion 6. Sustained_____          Denied_____

Dated _____, day of _____, 2023.

_____

Honorable John D. Bates

United States District Court Judge