UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-453 (JDB) |
| | : | |
| SEAN MICHAEL MCHUGH, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the United States of America's Rule 404(b) Notice was served upon the following by sending same by first class U.S. mail and by email on March 3, 2023, to:

Joseph W. Allen
1015 W. State Hwy. 248 Ste. I
Branson, MO  65616

Email:  joe@mybransonattorney.com, josh@mybransonattorney.com

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ *Lynnett M. Wagner*____
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant U.S. Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Fax: (402) 661-3081
        E-mail:lynnett.m.wagner@usdoj.gov