UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN MCHUGH,<br><br>Defendant. | Criminal Action No. 21-453 (JDB) |

### ORDER

Upon consideration of defendant Sean McHugh's [70] motion to dismiss, [71] motion for temporary release, [72] motion for a protective order, [73] motion to transfer venue, and [82] motion for discovery into a selective prosecution claim, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [70] the motion to dismiss is **DENIED**; it is further

**ORDERED** that [71] the motion for temporary release is **DENIED**; it is further

**ORDERED** that [72] the motion for a protective order is **GRANTED**, and the government is hereby **ORDERED** to file a redacted version of [16] its response to defendant's motion to review the magistrate judge's detention order, redacting the reference to "three" prior rape offenses and the inaccurate description of the 2015 arrest; it is further

**ORDERED** that [73] the motion to transfer venue is **DENIED**; and it is further

**ORDERED** that [82] the motion for discovery into a selective prosecution claim is **DENIED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 6, 2023