# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-453 (JDB) |
| | : | |
| SEAN MICHAEL MCHUGH, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the United States of America's written notice, pursuant to Federal Rule of Criminal Procedure Rule 16(a)(1)(G)(iii), regarding disclosure of witnesses (1) Federal Bureau of Investigation Chemist – Forensic Examiner Dr. Jason D. Brewer and (2) Metropolitan Police Department Sergeant William Bogner, was served upon the following by sending same by email on March 6, 2023, to:

Joseph W. Allen
1015 W. State Hwy. 248 Ste. I
Branson, MO  65616

Email:  joe@mybransonattorney.com, josh@mybransonattorney.com

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ CAROLINA NEVIN*
        CAROLINA NEVIN
        Assistant United States Attorney
        New York Bar No. 5226121
        601 D Street, NW
        Washington, DC 20530
        (202) 803-1612
        carolina.nevin@usdoj.gov