UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>SEAN MICHAEL MCHUGH, )<br>)<br>Defendant. )<br>_____ ) | Case No. 21-CR-453 (JDB) |

### DEFENDANT'S STIPULATION TO CERTAIN FACTS

**COMES NOW** Defendant, Sean M. McHugh, by and through undersigned counsel, and hereby stipulates to the following facts in this case:

1. That on January 5, 2021, Mr. McHugh did travel to Washington D.C. from Sacramento CA.

2. That while in Washington D.C., he did lodge at the Yotel located at 415 New Jersey Ave NW, Washington D.C.

3. That on January 7, 2021, he did return to Sacramento CA.

Respectfully submitted,

_/s/ Gall_ (signature)

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of March 2023, I filed the foregoing Stipulation to Certain Facts by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen