\UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>SEAN MICHAEL MCHUGH, )<br>)<br>Defendant. )<br>_____ ) | Case No. 21-CR-453 (JDB) |

## ORDER

Upon consideration of the Defendant's Motion for Leave to File Second Omnibus Motions in Limine, and for good cause shown, it is this ____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED

Dated _____, day of _____, 2023.

_____

Honorable John D. Bates

United States District Court Judge