UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Defendant's Second Omnibus Motions in Limine, it is this

____ day of _____, 2023

ORDERED that the Motions are SUSTAINED or DENIED as follows:

Motion 1. Sustained_____      Denied_____

Motion 2. Sustained_____      Denied_____

Motion 3. Sustained_____      Denied_____

Dated _____, day of _____, 2023.

_____
Honorable John D. Bates
United States District Court Judge