UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-453 (JDB) |
| ) | |
| SEAN MICHAEL MCHUGH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S SECOND MOTION IN LIMINE

**COMES NOW** Defendant, by and through undersigned counsel, and in response to the Government's Second Motion in Limine states as follows:

1. Defendant has no objection to the Government's Second Motion in Limine.

Respectfully submitted,

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of March 2023, I filed the foregoing Response to the Government's Second Motion in Limine by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen