**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.    ) | Case No. 21-CR-453 (JDB) |
| ) | |
| **SEAN MICHAEL MCHUGH,**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |

**NOTICE TO THE COURT**

    **COMES NOW** Counsel for Defendant, Joseph W. Allen, and hereby provides notice to this Court of his flight cancelation due to inclement weather on April 16th, 2023 (*See* Exhibit 1). Counsel immediately obtained another flight but could not get anything that allowed him to appear on the morning of April 17, 2023, for trial in the above case. Counsel for Defendant has notified Counsel for the Government via email and included the Clerk of the Court. Counsel will make himself available at this Court's earliest convenience for instruction on how to proceed.

                                                                              Respectfully submitted,

                                                                              */s/ Joseph W. Allen*

                                                          _____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of April 2023, I filed the foregoing Notice to the Court by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen