**From:** United Airlines
**To:** Josh
**Subject:** We've canceled your flight to Chicago (ORD)
**Date:** Saturday, April 15, 2023 6:50:34 PM



## We've canceled your flight to Chicago (ORD)

We're sorry to let you know we've canceled flight UA303 from Kansas City to Chicago because of forecasted or severe weather conditions.

**We will let you know when you have been rebooked, or you can rebook your flight or view other flight options by checking your trip details** or using the United app.

You can also change your flight to a different day, departure time, or connect through a different city.

**Learn more about our cancellation and refund policies**

Confirmation number: A0F3CR



This email was sent to JOSH@MYBRANSONATTORNEY.COM by United Airlines.
Please do not reply to this email. We cannot accept electronic replies to this email address.

© 2023 United Airlines. All rights reserved. United Airlines, Inc. 233 S. Wacker Drive Chicago, IL 60606

Contact us   |   Email preferences   |   Privacy policy