UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 21-CR-453 (JDB) |
| : | |
| SEAN MICHAEL MCHUGH : | |
| : | |
| Defendant. : | |

NOTICE OF FILING OF VIDEO
PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, through his counsel, and hereby notifies the Court of the submission of additional video and other exhibits in support of the United States' Sentencing Memorandum (ECF No. 113). As for the video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The United States has previously provided to the Court and defendant 16 exhibits for the Stipulated Trial, held on April 18, 2023. ECF 102. The United States intends to use the exhibits from the Stipulated Trial at sentencing and has referenced most of these exhibits in the United States' Sentencing memorandum.

The additional video and image exhibits have been submitted to the Court and made available to the parties via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below. The video footage was recorded by U.S. Capitol Police using their surveillance cameras. The videos show activity on the West side of the U.S. Capitol.

- Exhibit 16: Law Enforcement Video, West Front Breach, U.S. Capitol Police (approximately 1 minute, 19 seconds);

- Exhibit 17: Image from US Capitol Police Surveillance Video near Peace Circle (one image);

- <u>Exhibit 18</u>:   Law Enforcement Video, West Front sign (approximately 1 minute, 29 seconds).

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Lynnett M. Wagner*
LYNNETT M. WAGNER
Assistant United States Attorney
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(402) 661-3700
lynnett.m.wagner@usdoj.gov

*/s/ Benjamin Kringer*
BENJAMIN E. KRINGER
Detailed to the U.S. Attorney's Office
for the District of Columbia
D.C. Bar No. 482852
601 D Street, N.W.
Washington, DC 20001
benjamin.kringer2@usdoj.gov
(202) 598-0687

*/s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
601 D Street, NW
Washington, DC 20530
(202) 803-1612
carolina.nevin@usdoj.gov