**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-CR-453 (JDB)** |
| | ) | |
| **SEAN MICHAEL MCHUGH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE TO THE COURT

**COMES NOW** Defendant, Sean McHugh, by and through undersigned Counsel, and hereby provides notice to the Court that his Counsel has attempted to contact Ms. Hunt, who has access to the information requested by this Court in its Minute Order dated September 6, 2023. Ms. Hunt is traveling to be present at Mr. McHugh's sentencing hearing scheduled for September 7, 2023, and therefore she is unable to produce the information requested by this Court within the time set. Neither Counsel nor Mr. McHugh have any other method of accessing the GiveSendGo account nor is there any other party that Counsel has knowledge of who can access or provide the information requested by this Court.

Respectfully submitted,

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September 2023, I filed the foregoing Notice to the Court by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____

Joseph W. Allen