Sean Michael McHugh 47574-509
Federal Correctional Institution Tucson
PO BOX # 23811
Tucson, Arizona 85734

July 10th, 2024
Case# 1:21-CR-00453-JDB

*Let this be filed.*
/s/ John D. Bates
U.S. District Judge
Date

TO the court clerk or whom it may concern:

I am requesting a packet for the purpose of filing a 2255 (Ineffective assistance of counsel)

Attached is a motion to extend the 1 year filing time of the 2255 after sentencing.

Time is of the essence.

Respectfully, Sean Michael McHugh

July 10th 2024

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 22 2024

RECEIVED

Sean Michael McHugh #75741-509
Federal Correctional Institution Tucson
PO Box #23811
Tucson, Arizona, 85734

July, 10th, 2024

Sean Michael McHugh (PRO SE)
    VS
UNITED STATES of AMERICA
                    Case #1:21-CR-00453-JDB

I Sean Michael McHugh, Move for an extension of 6 months to file a 2255 with this court. For the following reasons I would argue are compelling and prudent to ask the court for such an extension:

1) I have been in transit and or solitary confinement since my sentencing for reasons out of my control.

  a.) After transport to FCI Herlong Ca, I was put into solitary confinement because BOP staff released unauthorized information. That was substantiated, and resulted in me having very limited access to my appeal lawyer for over 7 months. In fact my very first scheduled legal call was also neglected by Herlong administration in late April 2024. I am currently in transport as well.

  b.) It was not until May 2024 that I was able to speak with my Federal Public Defender, Theodosia Johnson, about my appeals.

2) Now, 10 months after my sentencing does Theodosia tell me that she can not assist me in filling a 2255 and that I am soley responsible.

  a.) As stated above, being in solitary confinement without access to law library and very limited access to my attorney has made it virtually impossible for me to even know how to proceed with filing a 2255.

b) I have always intended on filing a 2255 as I have credible standing concerning Due Process, which is a meritorious issue. Since it is a serious matter, I wanted to consult an attorney before proceeding, however, as stated above, it took over 8 months since I was sentenced to speak with counsel.

c.) I am not at fault for being in transport.

d.) I am not at fault for being placed in solitary confinement. BOP personell was found liable.

e). I am not at fault for BOP denying my very first legal call at the end of April 2024.

f). I am not at fault for not having access to law library due to transport and BOP actions.

I swear under penalty of perjury the above is all true and correct. I believe a 6 month extension is fair given the circumstances and considering the content, in good faith, I intend to file is meritorious. For me to perfect and file a 2255, I need 6 more months.

3.) I am still waiting on transcripts from certain proceedings before I can move forward.

Respectfully Submitted July 10th 2024
Sean Michael McHugh

SEAN MICHAEL MCHUGH 47574-509
FEDERAL CORRECTIONAL INSTITUTE TUCSON
PO BOX 23811
TUCSON, ARIZONA, 85734

PHOENIX AZ 852
17 JUL 2024  PM 6  L

COURT CLERK
UNITED STATES APPEALS COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE NW
WASHINGTON DC 20001

LEGAL MAIL       20001-289999       LEGAL MAIL